NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE IGASAKI, individual, | Case No. 8:22-cv-01978-FWS-DFM |
| Plaintiff, | Judge Hon. Fred W. Slaughter |
| v. | **ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [26]** |
| STATE FARM GENERAL INSURANCE COMPANY, et al., | |
| Defendants. | |

///

///

///

1

Having reviewed and considered the Joint Stipulation for Dismissal with Prejudice [26] (the "Stipulation"), the files and records of the case, the applicable law, and for good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety as to all parties and all claims for relief, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: December 11, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE